# IN THE SUPREME COURT OF THE STATE OF NEVADA

YOSHIO WILL DELGADO, A/K/A YOSHI, A/K/A BRENDAN JULIO VALLIN, A/K/A BRENDAN JULIS VALLIN, A/K/A BRENDAN VALLIN-BARRERA, A/K/A CANEJO, A/K/A KONEJO, A/K/A JESUS MANUEL VALENZUELA, A/K/A, LUIS ANGEL MORENO, A/K/A JESSE JAMES HOGUE,

               Appellant,

vs.

THE STATE OF NEVADA,

               Respondent.

No. 81906

FILED

OCT 23 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a pretrial district court "order denying without prejudice the motion for speedy trial or dismissal of charges." Second Judicial District Court, Washoe County; Barry L. Breslow, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule provides for an appeal from an order denying without prejudice a pretrial motion for speedy trial or dismissal of

20-38959

charges. *See* NRS 177.015(1)(b); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.        _____, J.
Hardesty                                          Cadish

cc:    Hon. Barry L. Breslow, District Judge
       Yoshio Will Delgado
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk